**STATE ex rel. MURRAY, Governor, v. WEEMS, State Treas., et al.**

No. 25126.　Feb. 20, 1934.

this case were determined by the decisions of this court in cause numbered 25073, Thomas A. Edwards et al. v. F. C. Carter, State Auditor, et al., promulgated on November 7, 1933, and January 30, 1934, 167 Okla. 282, 287, 29 P. (2d) 605, 610. The rules of law therein stated are applied herein.

The judgment of the trial court is affirmed.

Ledbetter, Stuart, Bell & Ledbetter, for plaintiff in error.

J. Berry King, Atty. Gen., and Randall S. Cobb, Asst. Atty. Gen., for defendants in error.

PER CURIAM. The controlling issues in